IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Ronald R. Peterson,

Appellant,

v.

Bestway Heating Company, Inc.,

Appellee.

Case No. 21-cv-03123
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

   which ☐ includes        pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court, in its discretion, denies the Trustee's motion for leave to file an interlocutory appeal [2].

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Coleman on a motion for leave to file interlocutory appeal.


Date: 11/12/2021                              Thomas G. Bruton, Clerk of Court

                                              Yvette Montanez, Deputy Clerk